# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:17-cv-03493-JLS-KES						Date: November 21, 2017

Title: SEMAJAY J. JACKSON v. CHARLES DREW MIDDLE SCHOOL DISTRICT, ET AL.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order to Show Cause Why Case Should Not Be Dismissed under Rule 11

As discussed at length in the Court's Report and Recommendation dated October 3, 2017, the Court has reason to doubt whether Plaintiff drafted, reviewed, or signed the Second Amended Complaint ("SAC"). See Dkt. 12 at 9-12. Given the discrepancies identified in the Report and Recommendation, Plaintiff is hereby ORDERED to show cause why this case should not be dismissed for violations of Rule 11 of the Federal Rules of Civil Procedure. The Court therefore **ORDERS Plaintiff to appear before this Court** at 10:00 a.m. on December 8, 2017, at 411 W. 4th St., Santa Ana, California, 92701, in Courtroom 6D on the sixth floor of the Ronald Reagan Federal Courthouse. Plaintiff should be prepared to explain truthfully to the Court whether he prepared the Complaint, First Amended Complaint ("FAC"), or SAC; whether he reviewed the Complaint, FAC, or SAC before filing; whether he signed the Complaint, FAC, or SAC; and why the Complaint, FAC, and SAC were mailed to the Court in envelopes with a return address at San Quentin prison to be addressed to "Khalifah Saif'ullah."

If Plaintiff would miss coursework at school because of the above order, Plaintiff should call the Court's Deputy Clerk at (714) 338-3960 to arrange an alternative time to appear. **Plaintiff is expressly warned that his failure to appear as ordered herein may result in his Second Amended Complaint being dismissed for the reasons stated above and for failure to prosecute.**

Initials of Deputy Clerk JD