O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJAY J. JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLES DREW MIDDLE SCHOOL DISTRICT, et al.,<br><br>  Defendants. | Case No. CV 17-03493-JLS (KES)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of both the original and final Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint without prejudice.

DATED: April 13 2018

_____
Josephine L. Staton
UNITED STATES DISTRICT JUDGE