JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJAY J. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DREW MIDDLE SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. CV 17-03493-JLS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice.

DATED: April 13, 2018

_____
Josephine L. Staton
UNITED STATES DISTRICT JUDGE